**UNITED STATES** *versus* EZRA BURGESS.

JOURNAL ENTRIES: (1) May 22, 1829: discontinued.

PAPERS IN FILE (1828–29): (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) petition for remission of penalty; (5) declaration; (6) bill of costs, receipt.

*File No.* 27 of 1828.

IN THE MATTER OF THE ROAD FROM DETROIT TO FORT GRATIOT (UNITED STATES ATTORNEY, ON THE RELATION OF HENRY WHITING, PETITIONER).

JOURNAL ENTRIES: (1) June 15, 1829: petition filed, time fixed for hearing, notice ordered given to occupants of land; (2) June 20, 1829: writ of ad quod damnum ordered issued; (3) June 29, 1829: marshal's return and inquisition filed and accepted.

PAPERS IN FILE (1829): (1) Petition; (2) amended petition; (3) copy of order for notice to occupants of land, proof of service; (4) writ of ad quod damnum, return, inquisition; (5) claim for damages of Antoine Dequindre; (6) claim for damages of Antoine Beaubien; (7) claim of E. A. Bush; (8) marshal's account, allowance.

*File No.* 31 of 1829.

IN THE MATTER OF THE ROAD FROM DETROIT TO CHICAGO (UNITED STATES ATTORNEY, ON THE RELATION OF EBENEZER S. SIBLEY, PETITIONER).

JOURNAL ENTRIES: (1) Aug. 8, 1829: petition filed, writ of ad quod damnum ordered issued; (2) Aug. 29, 1829: marshal's return and inquisition accepted and confirmed.

PAPERS IN FILE (1829): (1) Petition; (2) writ of ad quod damnum, return, inquisition; (3) marshal's account, allowance.

*File No.* 32 of 1829.

**UNITED STATES** *versus* ONE HUNDRED AND SEVEN AND ONE-FOURTH BUSHELS CORN.

JOURNAL ENTRIES: (1) Aug. 8, 1829: libel filed, time fixed for trial, notice ordered published; (2) Aug. 29, 1829: property found to be perishable, sale and notice of sale ordered.

PAPERS IN FILE (1829): (1) Application and order for special session; (2) libel; (3) affidavit of John J. Deming re condition of property; (4) published notice and proof of publication; (5) printer's bill—notice of hearing; (6) copy of order of sale, report of sale; (7) clerk's account; (8) clerk's account, receipt; (9) printer's bill—notice of sale.

*File No.* 34 of 1829.

**UNITED STATES** *versus* EIGHTEEN AND ONE-HALF BUSHELS BARLEY.

JOURNAL ENTRIES: (1) Aug. 29, 1829: libel filed, time fixed for hearing, notice ordered published; (2) Dec. 7, 1829: proclamation made; (3) Dec. 8, 1829: property condemned, sale and notice of sale ordered.

PAPERS IN FILE (1829): (1) Libel; (2) proof of posting notice, published notice and proof of publication; (3) printer's bill; (4) copy of order of sale, report of sale, printer's bill.

*File No.* 35 of 1829.